UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA INC., an Idaho corporation,<br><br>                    Plaintiff,<br>     v.<br><br>BRIAN BARTHOLOMEW and ANGELIQUE BARTHOLOMEW, husband and wife<br><br>                    Defendant. | Case No. 4:12-cv-00216-BLW<br><br>**ORDER** |

The Court has before it the Amended Stipulation Regarding Expedited Discovery (Dkt. 38). Good cause appearing, the Court will grant the stipulation.

## ORDER

**IT IS ORDERED THAT:**

1. The Amended Stipulation Regarding Expedited Discovery (Dkt. 38) is **GRANTED** as follows:

    a. Except for the depositions of the defendants, this accelerated discovery shall be limited to the issue of the reasonableness of the non-solicitation provision in Melaleuca's Statement of Policies as it relates to personally enrolled marketing executives;

    b. To avoid the necessity of multiple depositions of defendants, the depositions of defendants can relate to all matters at issue in the case.

**ORDER - 1**

 c.  Either or both parties may file a motion for reconsideration, summary judgment or for modification of the preliminary injunction entered in this case on or before August 27, 2012. Any such motion for summary judgment shall not preclude the filing party from filing a subsequent motion for summary judgment in the case pursuant to the rules or order of the Court.

 d.  Opposition memoranda to any such motion shall be filed on or before September 10, 2012, and reply memoranda shall be filed on or before September 24, 2012. The Court will schedule a hearing on any such motion thereafter.

 e.  The parties may serve requests for production of documents related to the issue identified in Paragraph a above but interrogatories will not be used in connection with the agreed accelerated discovery.

DATED: July 16, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2