UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA INC., an Idaho corporation,<br><br>              Plaintiff,<br>   v.<br><br>BRIAN BARTHOLOMEW and ANGELIQUE BARTHOLOMEW, husband and wife<br><br>              Defendant. | Case No. 4:12-cv-00216-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it three unopposed motions to seal (Dkts. 56, 68, 73). Good cause appearing, the Court will grant the motions.

### ORDER

**IT IS ORDERED THAT:**

1. The Motions to Seal (Dkts 56, 68, and 73) are **GRANTED**.

DATED: December 27, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1