UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., an Idaho corporation,<br><br>                    Plaintiff,<br>     v.<br><br>BRIAN BARTHOLOMEW and ANGELIQUE BARTHOLOMEW, husband and wife,<br><br>                    Defendants. | Case No. 4:12-cv-00216-BLW<br><br>**ORDER** |

WHEREAS the Court has reviewed the Stipulation for Dismissal and Entry of Final Injunction, the Court hereby enters the following ORDER:

The Bartholomews are enjoined from recruiting current Melaleuca Marketing Executives or Customers for any direct selling, multi-level marketing, or network marketing company until April 6, 2013. "Recruit" for purposes of this injunction, shall mean (1) to attempt to enroll, enlist, or solicit an individual or entity to join a business, program or organization; or (2) to attempt to promote, influence or encourage an individual or entity to join a business, program or organization; or (3) to present, or participate or assist in the presentation of, a business, program, organization or its products. To constitute recruiting such efforts or attempts may be performed either directly through personal contact or indirectly through a third party.

ORDER - 1

The Court's May 14, 2012, Memorandum Decision and Order – which has been challenged in a motion for reconsideration filed by Melaleuca that the Court has not yet ruled upon – is hereby vacated in its entirety and is of no effect for any purpose.

IT IS FURTHER ORDERED that this case is dismissed with prejudice, each party to bear its or their own costs and fees.

IT IS FURTHER ORDERED that a separate judgment will be entered in accordance with Fed. R. Civ. P. 58.

DATED: February 27, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court